# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKEY J. LAFONT, JR.

NO. 2025 KW 0395

**JULY 14, 2025**

---

In Re:    Rickey J. Lafont, Jr., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 599618.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-13, by failing to file his writ application by the March 25, 2025, return date previously set by this court. Relator's application, filed on April 25, 2025, was untimely filed. Additionally, in violation of Rules 4-5(C)(2), (9), and (10), relator failed to set forth a jurisdictional statement, to provide a copy of the opposition, if any, and all pertinent court minutes, as noted in this court's previous ruling. See **State v. Lafont**, 2025-0028 (La. App. 1st Cir. 2/24/25), 2025 WL 587906 (unpublished).

                          **CHH**
                          **BDE**
                          **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT